UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARYL L. HOLLOWAY,

    Plaintiff,

v.

CITY OF MILWAUKEE, GEORGE ELLENBERGER,
DANIEL RUZINSKI, WILLIAM HEROLD,
MICHAEL CARLSON, GREGORY NOWAKOWSKI,
JOSEPH LAGERMAN, WILLIAM STAWICKI,
JOHN DOES 1-20, MICHAEL J. BACKES,
ABC INSURANCE COMPANY, GERALD BOYLE,
BRIDGET BOYLE, and XYZ INSURANCE
COMPANY,

    Defendants.

Case No.: 2019-CV-1460

## CERTIFICATE OF SERVICE

I, Nathaniel Cade, Jr. hereby certify that I am an attorney licensed to practice law in this state and that I am of such age and discretion as to be competent to serve papers. I further certify that on this date I mailed a copy of the Motion for Entry of Default Judgment against Gerald Boyle, the declaration of Nathaniel Cade, Jr. in Support of Motion for Entry of Default Judgment and proposed Default Judgment to be placed in a postage-paid envelope addressed to Defendant Gerald Boyle at the address stated below, which is the last known address of Defendant Gerald Boyle and deposited said envelope in the United States mail to the following address:

    Gerald P. Boyle
    13221 North Windsor Court
    Mequon, Wisconsin 53097

Dated this 25th day of January, 2020.

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
Nathaniel Cade, Jr.
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
Attorneys for Plaintiff
