2019CV1460, CITY MILWAUKEE

# Affidavit of Publication

STATE OF WISCONSIN } SS
COUNTY OF MARQUETTE }

Amanda Henning, being duly sworn, says:

That she is an authorized representative of the Marquette County Tribune, a weekly newspaper of general circulation, printed and published in Montello, Marquette County, Wisconsin; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following
February 06, 2020, February 13, 2020, February 20, 2020

That said newspaper was regularly issued and circulated on those dates.
SIGNED:

Subscribed to and sworn to me this 20th day of February 2020.

x Diane S Baumgartner
Diane S Baumgartner, Notary Public, State of Wisconsin, Marquette County, Wisconsin

My commission expires: September 09, 2022

# of Lines _____ # of Weeks Published __3__
Printers Fee $ 136.77  Proof of Publication $ 1.00
Total $ 137.77
-or- See monthly invoice for cost _____
Received Payment _____

99154022  00472286

NATHANIEL CADE JR
CADE LAW GROUP LLC
PO BOX 170887
MILWAUKEE, WI 53217



---

**PUBLIC NOTICE • PUBLIC NOTICE • PUBLIC NOTICE • PUBLIC NOTICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

DARYL L. HOLLOWAY,
Plaintiff,
v.
CITY OF MILWAUKEE, GEORGE ELLENBERGER, DANIEL RUZINSKI, WILLIAM HEROLD, MICHAEL CARLSON, GREGORY NOWAKOWSKI, JOSEPH LAGERMAN, WILLIAM STAWICKI, JOHN DOES 1-20, MICHAEL J. BACKES, ABC INSURANCE COMPANY, GERALD BOYLE, BRIDGET BOYLE, and XYZ INSURANCE COMPANY,
Defendants.

**SUMMONS**
Case No.: 2019-CV-1460

THE STATE OF WISCONSIN
To Each person Named Above as a Defendant:
  You are hereby notified that the plaintiff(s) named above have filed a lawsuit or other legal action against you in the Eastern District of Wisconsin.
  Within 40 days after **February 4, 2020**, you must respond with a written demand for a copy of the complaint. The demand must be sent or delivered to the court, whose address is Clerk of Court, Eastern District of Wisconsin, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202 and to Plaintiff's attorney, whose address is: Nathaniel Cade, Jr., Cade Law Group LLC, P.O. Box 170887, Milwaukee, WI 53217. You may have an attorney help or represent you.
  If you do not demand a copy of the complaint within 40 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.
  Dated this 3rd day of February, 2020.

CADE LAW GROUP LLC
By: Nathaniel Cade, Jr., SBN 1028115
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
Attorneys for Plaintiff

Publish: 2/6/20, 2/13/20, 2/20/20 **WNAXLP**