# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARYL L. HOLLOWAY,

    Plaintiff,

v.

Case No.: 2019-CV-1460

CITY OF MILWAUKEE, GEORGE ELLENBERGER,
DANIEL RUZINSKI, WILLIAM HEROLD,
MICHAEL CARLSON, GREGORY NOWAKOWSKI,
JOSEPH LAGERMAN, WILLIAM STAWICKI,
JOHN DOES 1-20, MICHAEL J. BACKES, ABC
INSURANCE COMPANY, GERALD BOYLE,
BRIDGET BOYLE, and XYZ INSURANCE
COMPANY,

    Defendants.

## SUGGESTION OF DEATH AS TO DEFENDANT GEORGE ELLENBERGER

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff suggests on the record the death of Defendant George Ellenberger, which purportedly occurred on November 4, 2019. *See* Affidavit of Susan Lappen, at Ex. 1 (Dkt. #20-1)

The Plaintiff further suggests that the proper substitute party should be the administrator of the estate of Mr. Ellenberger. However, after a review of available court information, it appears as if a probate matter in the name of Mr. Ellenberger has never been open or filed. Thus, the name and address of the administrator is unknown to this Plaintiff. Upon information and belief, Mr. Ellenberger does have a surviving spouse, Kayleen Ellenberger of 8113 W. Ohio Avenue, Milwaukee, Wisconsin 53219. Lappen Aff., Ex. 1.

Plaintiff expects and presumes that Kayleen Ellenberger will either will be the administrator or knows who the administrator will be. Kayleen Ellenberger is being

personally served with this Suggestion of Death as a potential interested non-party.

Dated this 20th day of April, 2020.

**CADE LAW GROUP LLC**

By: <u>s/Nathaniel Cade, Jr.</u>
Nathaniel Cade, Jr.
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
nate@cade-law.com
Attorneys for Plaintiff