UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DARYL L. HOLLOWAY,**
       **Plaintiff,**

  v.                                                     Case No. 19-CV-1460

**CITY OF MILWAUKEE, GEORGE ELLENBERGER,
DANIEL RUZINSKI, WILLIAM HEROLD,
MICHAEL CARLSON, GREGORY NOWAKOWSKI,
JOSEPH LAGERMAN, WILLIAM STAWICKI,
JOHN DOES 1-20, MICHAEL J. BACKES,
ABC INSURANCE COMPANY, GERALD BOYLE,
BRIDGET BOYLE, and XYZ INSURANCE
COMPANY,**
       **Defendants.**

---

## ORDER

The Court sets out this schedule in accordance with its discussion with the parties at the telephonic status conference held May 21, 2020.

**IT IS ORDERED** that:

1.   a.   All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **April 1, 2021**.

    b.   Plaintiff shall disclose any experts and reports by **December 1, 2020.** Defendants shall disclose any experts and reports by **February 1, 2021**.

    c.   Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L. R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

       d.      All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L. R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L. R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

    2.    a.    Dispositive motions must be served and filed by **May 1, 2021**.

       b.      All summary judgment motions and briefing thereon must comply with Civil L. R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

    3.    The Court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the Court.

**SO ORDERED** at Milwaukee, Wisconsin, this 22nd day of May, 2020.

                                 s/Lynn Adelman
                                 LYNN ADELMAN
                                 District Judge