# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DARYL HOLLOWAY,**
                **Plaintiff,**

        **v.**                                                **Case No. 19-C-1460**

**CITY OF MILWAUKEE, et al.,**
                **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **May 29,**
**2020 at 11:45 a.m.**  The court will initiate the call.  Counsel must email the court prior to
the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 22nd day May, 2020.


                                                s/Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge